IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:07CV176

MARK JAMES TINGLY and
LEA MICHELLE TINGLY, on behalf
of themselves and others similarly situated,

Plaintiffs,

vs.

BEAZER HOMES CORP. And
BEAZER MORTGAGE CORPORATION,

Defendants.

### ORDER

Having shown good cause, Hunton & Williams' Motion *for Admission* Pro Hac Vice of Lawrence J. Bracken II is hereby GRANTED. It is hereby *ORDERED that* Mr. Bracken shall be permitted to practice specifically before this Court as counsel for Beazer Homes Corp. and Beazer Mortgage Corp. in this matter.

IT IS SO ORDERED.

Signed: April 25, 2007

David C. Keesler
United States Magistrate Judge